# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
THOMAS, SHAJU § Case No. 16-03274
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/03/2016 . The undersigned trustee was appointed on 02/03/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $      38,673.33

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 21.83 |
   | Bank service fees | 403.51 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 38,247.99 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  08/09/2016  and the deadline for filing governmental claims was  08/09/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,617.33 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,617.33 , for a total compensation of $ 4,617.33 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2017                    By: /s/Robert B. Katz, Trustee
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 16-03274    TB    Judge: TIMOTHY A. BARNES | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | THOMAS, SHAJU | Date Filed (f) or Converted (c): | 02/03/16 (f) |
| | | 341(a) Meeting Date: | 03/03/16 |
| For Period Ending: | 06/14/17 | Claims Bar Date: | 08/09/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 2. 8917 NATIONAL AVENUE, Morton Grove IL 60053 | 240,000.00 | 0.00 | | 0.00 | FA |
| 3. TOYOTA CAMRY 2007 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 7. SIXERS CORPORATION 16.66% OWNERSHIP | 62,000.00 | 33,333.33 | | 33,333.33 | FA |
| 8. 403(B) VOYA RETIREMENT | 36,800.00 | 0.00 | | 0.00 | FA |
| 9. NEW YORK LIFE INSURANCE - MINI THOMAS | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. INCOME TAX REFUND (u) | 0.00 | 5,340.00 | | 5,340.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $347,600.00 | $38,673.33 | | $38,673.33 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee received payment from debtor per court order for the value of the debtor's interest in Sixers Corp (which owns 2 parcels of real estate). Trustee also received payment for debtors 2016 income tax refund.

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 16-03274 -TB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | THOMAS, SHAJU | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4134 | | |
| For Period Ending: | 06/14/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/16 | 7 | Jody B. Rosenbaum<br>Client Escrow Account<br>722A W. Junior Terrace<br>Chicago, IL 60613 | OWNERSHIP SHARES OF SIXERS CORP. | 1121-000 | 33,333.33 | | 33,333.33 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.57 | 33,307.76 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.51 | 33,258.25 |
| * 12/05/16 | 010001 | Shaju Thomas<br>8917 National Ave<br>Morton Grove, IL | IRS-FEDERAL TAX REFUND | 1124-003 | | 5,340.00 | 27,918.25 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.16 | 27,868.09 |
| 12/12/16 | | Shaju Thomas<br>8917 National Ave<br>Morton Grove, IL 60053 | IRS-FEDERAL TAX REFUND | 1224-000 | 5,340.00 | | 33,208.09 |
| * 12/12/16 | 010001 | Shaju Thomas<br>8917 National Ave<br>Morton Grove, IL | IRS-FEDERAL TAX REFUND<br>Should have been a deposit. | 1124-003 | | -5,340.00 | 38,548.09 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.31 | 38,490.78 |
| 02/03/17 | 010002 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT<br>Bond #016073584 | 2300-000 | | 21.83 | 38,468.95 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.23 | 38,411.72 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.59 | 38,360.13 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.03 | 38,303.10 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.11 | 38,247.99 |

Page Subtotals    38,673.33    425.34

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 16-03274 -TB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | THOMAS, SHAJU | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4134 |  |  |
| For Period Ending: | 06/14/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | COLUMN TOTALS | 38,673.33 | 425.34 | 38,247.99 |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 38,673.33 | 425.34 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 38,673.33 | 425.34 |  |

|  |  | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account (Non-Interest Earn - ********7605 | 38,673.33 | 425.34 | 38,247.99 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 38,673.33 | 425.34 | 38,247.99 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee    Date: 06/14/17
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    0.00

Page 1

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: June 14, 2017

Case Number: 16-03274
Debtor Name: THOMAS, SHAJU

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 025 TF | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1334<br>CHICAGO, IL 60604 | Administrative | | $4,617.33 | $0.00 | $4,617.33 |
| 001 3210-00 | David R. Brown<br>Springer Brown, LLC<br>300 South County Farm Road<br>Wheaton, IL 60187 | Administrative | | $3,825.00 | $0.00 | $3,825.00 |
| 001 3410-00 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $1,572.93 | $0.00 | $1,572.93 |
| 000001 070 UC | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $502.56 | $0.00 | $502.56 |
| 000002 070 UC | BANK OF NEW YORK MELLON<br>C/O MARK SCHRAMM<br>ONE EAST WACKER DRIVE, SUITE 2850<br>Chicago, IL 60601 | Unsecured | | $579,167.84 | $0.00 | $579,167.84 |
| 000003 070 UC | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $10,175.51 | $0.00 | $10,175.51 |
| 000004 070 UC | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | | $716.78 | $0.00 | $716.78 |
| 000005 070 UC | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $761.46 | $0.00 | $761.46 |
| 000006 070 UC | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(JC PENNEY CREDIT CARD)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $245.37 | $0.00 | $245.37 |
| 000007 070 UC | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(AMAZON.COM STORE CARD)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $68.49 | $0.00 | $68.49 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 14, 2017 |

Case Number:   16-03274                             Claim Class Sequence
Debtor Name:   THOMAS, SHAJU

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 UC | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (ABT ELECTRONICS) POB 41067 Norfolk, VA 23541 | Unsecured | | $350.00 | $0.00 | $350.00 |
| | Case Totals: | | | $602,003.27 | $0.00 | $602,003.27 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03274
Case Name: THOMAS, SHAJU
Trustee Name: Robert B. Katz, Trustee

| | | |
|---|---|---:|
| Balance on hand | $ | 38,247.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 4,617.33 | $ 0.00 | $ 4,617.33 |
| Attorney for Trustee Fees: David R. Brown | $ 3,825.00 | $ 0.00 | $ 3,825.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,559.20 | $ 0.00 | $ 1,559.20 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 13.73 | $ 0.00 | $ 13.73 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 10,015.26 |
| Remaining Balance | $ 28,232.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 591,988.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Credit First/CFNA | $ 502.56 | $ 0.00 | $ 23.97 |
| 000002 | BANK OF NEW YORK MELLON | $ 579,167.84 | $ 0.00 | $ 27,621.32 |
| 000003 | American Express Bank FSB | $ 10,175.51 | $ 0.00 | $ 485.28 |
| 000004 | Department Store National Bank | $ 716.78 | $ 0.00 | $ 34.18 |
| 000005 | PYOD, LLC its successors and assigns as | $ 761.46 | $ 0.00 | $ 36.32 |
| 000006 | Portfolio Recovery Associates, LLC | $ 245.37 | $ 0.00 | $ 11.70 |
| 000007 | Portfolio Recovery Associates, LLC | $ 68.49 | $ 0.00 | $ 3.27 |
| 000008 | Portfolio Recovery Associates, LLC | $ 350.00 | $ 0.00 | $ 16.69 |

Total to be paid to timely general unsecured creditors           $          28,232.73

Remaining Balance                                                $               0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE