# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          § TIMOTHY A. BARNES
THOMAS, SHAJU                             § Case No. 16-03274
                                          §
_____Debtor_____        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 285,600.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 28,232.73 | Claims Discharged Without Payment: 563,755.28 |
| Total Expenses of Administration: 10,440.60 | |

3) Total gross receipts of $ 38,673.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 38,673.33 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 396,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,440.60 | 10,440.60 | 10,440.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 591,988.01 | 591,988.01 | 28,232.73 |
| **TOTAL DISBURSEMENTS** | $ 396,000.00 | $ 602,428.61 | $ 602,428.61 | $ 38,673.33 |

4) This case was originally filed under chapter 7 on 02/03/2016 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/13/2017             By:/s/Robert B. Katz, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SIXERS CORPORATION 16.66% OWNERSHIP | 1121-000 | 33,333.33 |
| Tax Refunds | 1224-000 | 5,340.00 |
| **TOTAL GROSS RECEIPTS** | | **$38,673.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNATIONAL BANK OF CHICAGO 5069 N BROADWAY Chicago, IL 60640 | | 176,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WELLS FARGO PO BOX 14411 Des Moines, IA 50306 | | 220,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 396,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 4,617.33 | 4,617.33 | 4,617.33 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 21.83 | 21.83 | 21.83 |
| ASSOCIATED BANK | 2600-000 | NA | 403.51 | 403.51 | 403.51 |
| DAVID BROWN | 3210-000 | NA | 3,825.00 | 3,825.00 | 3,825.00 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 1,559.20 | 1,559.20 | 1,559.20 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 13.73 | 13.73 | 13.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,440.60 | $ 10,440.60 | $ 10,440.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 10,175.51 | 10,175.51 | 485.28 |
| 000002 | CIENA CAPITAL FUNDING, LLC | 7100-000 | NA | 579,167.84 | 579,167.84 | 27,621.32 |
| 000001 | CREDIT FIRST/CFNA | 7100-000 | NA | 502.56 | 502.56 | 23.97 |
| 000004 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | NA | 716.78 | 716.78 | 34.18 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 245.37 | 245.37 | 11.70 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 68.49 | 68.49 | 3.27 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 350.00 | 350.00 | 16.69 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 761.46 | 761.46 | 36.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 591,988.01 | $ 591,988.01 | $ 28,232.73 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-03274 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | THOMAS, SHAJU | | | Date Filed (f) or Converted (c): | 02/03/16 (f) |
| | | | | 341(a) Meeting Date: | 03/03/16 |
| For Period Ending: | 10/13/17 | | | Claims Bar Date: | 08/09/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 2. 8917 NATIONAL AVENUE, Morton Grove IL 60053 | 240,000.00 | 0.00 | | 0.00 | FA |
| 3. TOYOTA CAMRY 2007 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 7. SIXERS CORPORATION 16.66% OWNERSHIP | 62,000.00 | 33,333.33 | | 33,333.33 | FA |
| 8. 403(B) VOYA RETIREMENT | 36,800.00 | 0.00 | | 0.00 | FA |
| 9. NEW YORK LIFE INSURANCE - MINI THOMAS | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. INCOME TAX REFUND (u) | 0.00 | 5,340.00 | | 5,340.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $347,600.00 | $38,673.33 | | $38,673.33 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee received payment from debtor per court order for the value of the debtor's interest in Sixers Corp (which owns 2 parcels of real estate). Trustee also received payment for debtors 2016 income tax refund.

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 12/31/17

LFORM1
Ver: 20.00e

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-03274 -TB | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | THOMAS, SHAJU | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4134 | | | |
| For Period Ending: | 10/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/16 | 7 | Jody B. Rosenbaum<br>Client Escrow Account<br>722A W. Junior Terrace<br>Chicago, IL 60613 | OWNERSHIP SHARES OF SIXERS CORP. | 1121-000 | 33,333.33 | | 33,333.33 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.57 | 33,307.76 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.51 | 33,258.25 |
| * 12/05/16 | 010001 | Shaju Thomas<br>8917 National Ave<br>Morton Grove, IL | IRS-FEDERAL TAX REFUND | 1124-003 | | 5,340.00 | 27,918.25 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.16 | 27,868.09 |
| 12/12/16 | | Shaju Thomas<br>8917 National Ave<br>Morton Grove, IL 60053 | IRS-FEDERAL TAX REFUND | 1224-000 | 5,340.00 | | 33,208.09 |
| * 12/12/16 | 010001 | Shaju Thomas<br>8917 National Ave<br>Morton Grove, IL | IRS-FEDERAL TAX REFUND<br>Should have been a deposit. | 1124-003 | | -5,340.00 | 38,548.09 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.31 | 38,490.78 |
| 02/03/17 | 010002 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT<br>Bond #016073584 | 2300-000 | | 21.83 | 38,468.95 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.23 | 38,411.72 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.59 | 38,360.13 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.03 | 38,303.10 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.11 | 38,247.99 |
| 08/18/17 | 010003 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150 | Accountant for Trustee Fees (Other | | | 1,572.93 | 36,675.06 |

Page Subtotals  38,673.33  1,998.27

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-03274 -TB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | THOMAS, SHAJU | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4134 | | | |
| For Period Ending: | 10/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, Illinois 60606 | Fees 1,559.20 | 3410-000 | | | |
| | | | Expenses 13.73 | 3420-000 | | | |
| 08/18/17 | 010004 | David R. Brown<br>Springer Brown, LLC<br>300 South County Farm Road<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 3,825.00 | 32,850.06 |
| 08/18/17 | 010005 | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1334<br>CHICAGO, IL 60604 | TRUSTEE FEES | 2100-000 | | 4,617.33 | 28,232.73 |
| 08/18/17 | 010006 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181 | Claim 000001, Payment 4.76958% | 7100-000 | | 23.97 | 28,208.76 |
| 08/18/17 | 010007 | CIENA CAPITAL FUNDING, LLC<br>C/O DANIEL ZELLERS<br>212 S. TRYON ST., SUITE 1560<br>CHARLOTTE, NC 28281 | Claim 000002, Payment 4.76914% | 7100-000 | | 27,621.32 | 587.44 |
| 08/18/17 | 010008 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 4.76910% | 7100-000 | | 485.28 | 102.16 |
| 08/18/17 | 010009 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Claim 000004, Payment 4.76855% | 7100-000 | | 34.18 | 67.98 |
| 08/18/17 | 010010 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A. | Claim 000005, Payment 4.76978% | 7100-000 | | 36.32 | 31.66 |

Page Subtotals    0.00    36,643.40

Ver: 20.00e

FORM 2     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 16-03274 -TB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | THOMAS, SHAJU | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4134 | | |
| For Period Ending: | 10/13/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/17 | 010011 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(JC PENNEY CREDIT CARD)<br>POB 41067<br>Norfolk, VA 23541 | Claim 000006, Payment 4.76831% | 7100-000 | | 11.70 | 19.96 |
| 08/18/17 | 010012 | United States Bankruptcy Court<br>219 S. Dearborn St.<br>Courtroom 642<br>Chicago, IL | Claim 000007, Payment 4.77442%<br>Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(AMAZON.COM STORE CARD)<br>POB 41067<br>Norfolk, VA 23541 | 7100-000 | | 3.27 | 16.69 |
| 08/18/17 | 010013 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(ABT ELECTRONICS)<br>POB 41067<br>Norfolk, VA 23541 | Claim 000008, Payment 4.76857% | 7100-000 | | 16.69 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 38,673.33 | 38,673.33 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 38,673.33 | 38,673.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 38,673.33 | 38,673.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******7605 | 38,673.33 | 38,673.33 | 0.00 |
| | 38,673.33 | 38,673.33 | 0.00 |

Page Subtotals     0.00     31.66

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 16-03274 -TB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | THOMAS, SHAJU | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7605 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4134 | | | |
| For Period Ending: | 10/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/ Robert B. Katz, Trustee_____  Date: 10/13/17
                     ROBERT B. KATZ, TRUSTEE

Page Subtotals       0.00       0.00

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*